AO 443 (Rev.6/96-EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

27966 016

# WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

Andrew William Horne
6705 Poplar Street
Falls Church, VA 22042

**FILED** JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER : 1:95CR492

05 - 0356M - 01

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Andrew William Horne** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

_ Indictment _ Information _ Complaint _ Order of Court _ Violation Notice **X** Supervised Release Violation Petition

charging him or her with (brief description of offense):

See Attached Petition - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

RECEIVED U.S. MARSHALS 2005 FEB 11 P 3 05 E/D VA ALEXANDRIA

Jenny Cupp
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*(signature)* Jenny Cupp
Signature of Issuing Officer

February 11, 2005
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $ _____

by ___ Honorable Claude M. Hilton
U.S. District Judge

| Date Received 6/22/05 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 6/21/05 | MICHAEL S. FREY / Mchl S Fy DUSM | *(signature)* |

UNITED STATES DISTRICT COURT
for
**EASTERN DISTRICT OF VIRGINIA**



U.S.A. vs. Andrew William Horne          Docket No. 1:95CR00492-001

Petition on Supervised Release

COMES NOW Raymond M. Hess, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Andrew William Horne, who was placed on supervision by the Honorable Albert V. Bryan, Jr., sitting in the Court at Alexandria, Virginia, on the 23rd day of February, 1996, who fixed the period of supervision at 5 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER that a warrant be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

DOB:    02/27/68            FBI NO.:   70462KA1
SSN:    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         REG. NO.:  18187-057
SEX:    Male                ADDRESS:   6705 Poplar Street
RACE:   Black/NonHispanic              Falls Church, Virginia 22042
                            PHONE:     (703)536-3549

ORDER OF COURT

Considered and ordered this 11th day of Feb., 2005, and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Respectfully,

_____
Raymond M. Hess
Senior U.S. Probation Officer

Place Alexandria, Virginia

Date 2/11/05

TO CLERK'S OFFICE

OFFENSE: Conspiracy to Distribute 50 Grams or More of "Crack" Cocaine, in violation of Title 21, United States Code, Section 846.

SENTENCE: U.S. Bureau of Prisons (BOP) for 210 months, to be followed by 5 years supervised release. On March 7, 1997, the defendant's sentence was reduced to 120 months pursuant to a Rule 35.

ADJUSTMENT TO SUPERVISION: The defendant was released from incarceration on August 11, 2003. Prior to the current violation, the defendant's adjustment to supervision was satisfactory. He completed drug treatment on November 5, 2003, and appeared for all scheduled appointments. Moreover, the defendant was employed full-time and submitted his monthly reports in a timely basis.

VIOLATION: The following violation is submitted for the Court's consideration.

STANDARD CONDITION #1:   "The defendant shall not commit another federal, state or local crime."

On February 9, 2005, an undercover agent (UC) and a confidential informant (CI) arranged to sell the defendant 2 kilograms of cocaine for $40,000. They arranged to meet at the Days Inn located at 2700 New York Avenue, NE, Washington, D.C. The defendant arrived at the scene in a champagne color Pathfinder bearing Maryland tags. The vehicle was driven by co-defendant, Christian Byrd. Horne got out of the vehicle and went to the UC's room #237. Once in the room, the UC engaged in conversation about the sale of cocaine. The defendant stated he wanted to see the cocaine; however, the UC wanted to see the cocaine. They agreed that he would bring part of the money back to the room and then he could see the cocaine. The defendant returned to the vehicle and drove away with his co-defendant.

When the defendant returned to room #237, he gave the UC $10,000 in exchange for 1 kilogram of cocaine. The defendant stated to the UC that he wanted to make sure everything was "straight". The defendant offered to have the UC come down to the vehicle to get the rest of the money. The defendant then took possession of the cocaine and attempted to leave the room. At that time, the arrest team moved in and apprehended the defendant. Shortly thereafter, the co-defendant was also arrested.

A subsequent search of the vehicle revealed 12 impulse boxes which contained an additional $30,000. The defendant was charged with Possession with Intent to Deliver Cocaine (05-67M-01) and was detained at his Initial Appearance on February 10, 2005. The defendant is scheduled to appear before the Superior Court of Washington, D.C. on February 15, 2005, for a Detention Hearing.

BKH/cs

TO CLERK'S OFFICE