**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 6/24/05

Nancy Mayer-Whittington
Clerk of the Court



**FILED**
JUN 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Address of Other Court:
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

RE: 05MG356
Andrew William Horne

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- X Docket Sheet                            Warrant of Removal
- X Complaint                             X Order of Removal
-   Minute Order Appointing Counsel         Detention Order
-   Corporate Surety Bond                 X Waiver of Removal
-   Personal Surety Bond
- X Other- Blotter dated 6/23/05

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk